UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**In the Matter of the Petition
for Disciplinary Action against
Thomas John Lyons, Jr., a Minnesota
Attorney, Registration No. 249646**

<u>ORDER</u>

MISC 10-18 MJD

---

    Local Rule 83.5 of this court requires admission to practice before the Minnesota Supreme Court as a prerequisite to admission. It appearing to the satisfaction of the court that by an order of the Minnesota Supreme Court, filed on April 8, 2010, Thomas John Lyons, Jr., practicing at 367 Commerce Court, Vadnais Heights, MN, 55127, who had heretofore been admitted as an attorney and counselor at law, licensed to practice in all the courts in the State of Minnesota, was indefinitely suspended from the practice of law before the courts of the State of Minnesota, effective immediately, and is ineligible to petition for reinstatement for a minimum of 12 months from April 8, 2010; and it appearing that Thomas John Lyons, Jr. has been admitted to practice as an attorney in this court;

    **IT IS THEREFORE ORDERED**, pursuant to Local Rule 83.6(b) of this court, that Thomas John Lyons, Jr. be and is hereby automatically suspended from the practice of law and shall be ineligible to practice law before this court during the same period that he is prohibited from practicing law by the Minnesota Supreme Court.  If Thomas John Lyons, Jr. believes that he should not be prohibited from practicing law before this court, then he may seek relief in the manner prescribed by Local Rule 83.6(b).

**IT IS FURTHER ORDERED** That the Clerk of this Court shall serve this order upon Thomas John Lyons, Jr. by mail and file proof of such service. This order shall serve as the notice of automatic forfeiture that is to be provided by the Clerk of Court pursuant to Local Rule 83.6(b)(1).

DATED: April 14, 2010

                                  BY THE COURT

                                  s/Michael J. Davis
                                  MICHAEL J. DAVIS
                                  Chief U.S. District Judge

Enclosed:   Copy of Local Rule 83.6(b) and 83.6(g)